## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **BRIAN GARROW**, on behalf of himself and all others similarly situated,<br><br>     *Plaintiff*,<br><br>  v.<br><br>**JURAK WORLD WIDE, INC.**,<br><br>     *Defendant*. | Civil Case No.: 1:23-cv-00148-WCG |

## NOTICE OF SETTLEMENT

Plaintiff, Brian Garrow, hereby notifies the Court that the parties have settled the above-styled action.  The parties respectfully request that the Court stay this case for thirty (30) days to allow them to finalize that settlement.  Once settlement is finalized, the parties will file a Joint Stipulation of Dismissal.

Dated this 12th day of April, 2023.

                Plaintiff BRIAN GARROW, on behalf
                of himself and all others similarly situated,

                By:  /s Max S. Morgan_____
                    Eric H. Weitz, Esquire
                    Max S. Morgan, Esquire
                    **THE WEITZ FIRM, LLC**
                    1515 Market Street, #1100
                    Philadelphia, PA 19102
                    Phone: (267) 587-6240
                    Fax: (215) 689-0875
                    *max.morgan@theweitzfirm.com*
                    *eric.weitz@theweitzfirm.com*

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing **NOTICE OF SETTLEMENT** by filing a copy of the same with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all counsel of record.

/s/ Max S. Morgan

Max S. Morgan