# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

BRIAN GARROW, on behalf of himself and
a putative class,

               Plaintiff,             Civil Case No. 23-148

       v.

JURAK WORLD WIDE, INC.,

               Defendant.

---

## STIPULATION OF DISMISSAL

---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Brian Garrow ("Plaintiff") and Defendant Jurak World Wide, Inc. ("Defendant") stipulate and agree that the claims asserted by Plaintiff on behalf of a putative class are hereby dismissed *without prejudice* and the claims asserted by Plaintiff in his individual capacity are dismissed *with prejudice*.

Dated: April 28, 2023                      Respectfully submitted,


*s/Max S. Morgan*                         *s/Ellen E. Anderson*
Max S. Morgan                            Gregory T. Everts
Eric H. Weitz                              State Bar No. 1001636
**THE WEITZ FIRM, LLC**             Ellen E. Anderson
1515 Market Street, Suite 1100     State Bar No. 1122484
Philadelphia, Pennsylvania19102     QUARLES & BRADY LLP
Telephone: (267) 587-6240        411 E. Wisconsin Ave., Suite 2400
Fax: (215) 689-0875              Milwaukee, WI  53202
max.morgan@theweitzfirm.com    Phone:   414-277-5241
eric.weitz@theweitzfirm.com      Email:  gregory.everts@quarles.com
                                     ellen.anderson@quarles.com


*Attorneys for Plaintiff Brian Garrow*    *Attorneys for Defendant Jurak World Wide, Inc.*

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing document by filing a copy of the same with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all counsel of record:

This 28th day of April, 2023.

/s/ *Max S. Morgan*
Max S. Morgan